United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-12453-pmm
Alexandra Marie Martin  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 2
Date Rcvd: Sep 30, 2022  Form ID: 152  Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexandra Marie Martin, 1349 North 21st Street, Allentown, PA 18104-2501 |
| cr | + | Lehigh Valley Educators Credit Union, 3720 Hamilton Blvd., Allentown, PA 18103-4503 |
| 14721314 | + | Jeffrey Martin, 1349 N 21st Street, Allentown, PA 18104-2501 |
| 14721315 | | Joseph S. D'Amico, Jr., Esquire, Fitzpatrick Lentz & Bubba PC, Two City Center - 645 W Hamilton St, Ste 800, Allentown, PA 18101 |
| 14721317 | + | Lehigh Valley Educators, 3720 Hamilton St, Allentown, PA 18103-4503 |
| 14721528 | + | Lehigh Valley Educators Credit Union, 3720 Hamilton Boulevard, Allentown, Pennsylvania 18103-4503 |
| 14721673 | + | Lehigh Valley Educators Credit Union, c/o Joseph S. D'Amico, Jr., Esq., 645 W. Hamilton St., Ste 800, Allentown, PA 18101-2197 |
| 14721319 | + | Suzanne Riola, 1107 Sherwood Drive, Laurys Station, PA 18059-1119 |
| 14721703 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 01 2022 00:16:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 01 2022 00:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14724422 | | Email/Text: mrdiscen@discover.com | Oct 01 2022 00:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14721313 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2022 00:16:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14721316 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 01 2022 00:16:00 | Lakeview Loan Servicing LLC, C/O Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14722503 | ^ | MEBN | Oct 01 2022 00:14:41 | Lakeview Loan Servicing, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14721320 | | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2022 00:20:35 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14721318 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 01 2022 00:20:41 | Secretary of Housing & Urban Development, 451 Seventh Street SW, Washington, DC 20410-8000 |
| 14721672 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2022 00:20:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14721497 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2022 00:20:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14721321 | | Email/Text: bncmail@w-legal.com | Oct 01 2022 00:16:00 | TD Bank USA/Target Credit, 7000 Target Parkway N, Mail Stop - NCD-0450, Minneapolis, |

MN 55445-4301

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2022                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2022 at the address(es) listed below:

**Name** **Email Address**

CHARLES LAPUTKA
on behalf of Debtor Alexandra Marie Martin claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com

DENISE ELIZABETH CARLON
on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

JOSEPH S. D'AMICO, JR.
on behalf of Creditor Lehigh Valley Educators Credit Union jsdamico@flblaw.com ccharlton@flblaw.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Alexandra Marie Martin

    Debtor(s)

Case No: 22−12453−pmm

Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 12/15/22 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

13
Form 152