UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter 13
    Alexandra Marie Martin                           Bankruptcy No.22-12453-PMM


            Debtor

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection*

*of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case

has been served this 28th day of December, 2022, by first class mail upon those listed below:


Alexandra Marie Martin
1349 North 21st Street
Allentown, PA  18104

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102


                                  /s/ *Kristen Gliem*
                                  Kristen Gliem
                                  for
                                  Scott F. Waterman, Esquire
                                  Standing Chapter 13 Trustee