United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-12453-pmm
Alexandra Marie Martin  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 2
Date Rcvd: Feb 23, 2023 | Form ID: 155 | Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alexandra Marie Martin, 1349 North 21st Street, Allentown, PA 18104-2501 |
| 14721314 | #+ | Jeffrey Martin, 1349 N 21st Street, Allentown, PA 18104-2501 |
| 14721315 | | Joseph S. D'Amico, Jr., Esquire, Fitzpatrick Lentz & Bubba PC, Two City Center - 645 W Hamilton St, Ste 800, Allentown, PA 18101 |
| 14721317 | + | Lehigh Valley Educators, 3720 Hamilton St, Allentown, PA 18103-4503 |
| 14721528 | + | Lehigh Valley Educators Credit Union, 3720 Hamilton Boulevard, Allentown, Pennsylvania 18103-4503 |
| 14721673 | + | Lehigh Valley Educators Credit Union, c/o Joseph S. D'Amico, Jr., Esq., 645 W. Hamilton St., Ste 800, Allentown, PA 18101-2197 |
| 14721319 | + | Suzanne Riola, 1107 Sherwood Drive, Laurys Station, PA 18059-1119 |
| 14721703 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14724422 | | Email/Text: mrdiscen@discover.com | Feb 24 2023 00:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14721313 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2023 00:05:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14737010 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 24 2023 00:05:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14727927 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2023 00:13:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14721316 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 24 2023 00:05:00 | Lakeview Loan Servicing LLC, C/O Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14722503 | ^ | MEBN | Feb 24 2023 00:00:16 | Lakeview Loan Servicing, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14737460 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 24 2023 00:05:00 | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 14721320 | | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2023 00:12:44 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14721318 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 24 2023 00:12:43 | Secretary of Housing & Urban Development, 451 Seventh Street SW, Washington, DC 20410-8000 |
| 14721672 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2023 00:12:45 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14721497 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2023 00:13:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14730324 | + | Email/Text: bncmail@w-legal.com | Feb 24 2023 00:05:00 | 23541-1021<br>TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14721321 | | Email/Text: bncmail@w-legal.com | Feb 24 2023 00:05:00 | TD Bank USA/Target Credit, 7000 Target Parkway N, Mail Stop - NCD-0450, Minneapolis, MN 55445-4301 |
| 14736660 | + | Email/Text: bankruptcy@bbandt.com | Feb 24 2023 00:05:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2023            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:

**Name**            **Email Address**

CHARLES LAPUTKA
     on behalf of Debtor Alexandra Marie Martin claputka@laputkalaw.com   jen@laputkalaw.com;jbolles@laputkalaw.com

DENISE ELIZABETH CARLON
     on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

JOSEPH S. D'AMICO, JR.
     on behalf of Creditor Lehigh Valley Educators Credit Union jsdamico@flblaw.com   ccharlton@flblaw.com

SCOTT F. WATERMAN [Chapter 13]
     ECFMail@ReadingCh13.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Alexandra Marie Martin
       Debtor(s)                                      Chapter: 13

                                                               Bankruptcy No: 22−12453−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 23rd day of February 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                       Patricia M. Mayer
                                                                       Judge ,
                                                                       United States Bankruptcy Court

                                                                                                                 23
                                                                                                   Form 155