**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ALEXANDRA MARIE MARTIN, | : | |
| Debtor | : | Case No. 22-12453-PMM |

## ORDER

Upon consideration of the Motion to Sell Real Property filed by the Debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby;

**ORDERED,** that Debtor is granted permission to sell her real property located at 1349 21st Street, Allentown, Lehigh County, Pennsylvania, 18104 ("Property"), for the sale price of $140,000.00, pursuant terms of a certain real estate agreement of sale dated as of January 30, 2023, to the buyers thereunder, Whitehall Holding Company ("Buyer"), who have represented they are purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters

2. Liens paid at closing to satisfy secured claim of:
   a. LoanCare, LLC, First position Mortgage (Approximately $119,629.05 balance) (Actual balance to be determined prior to closing).
   b. Secretary of Housing & Urban Development (Approximately $16,025.94 balance) (Actual balance to be determined prior to closing).

3. Real estate taxes, sewer, trash and/or other such items as determined necessary to pass insurable title

4. Property repairs, if any

5. Real estate commissions 0.0% percentage or amount as neither Seller or Buyer hired a real estate agent or broker.

6. Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement

After paying all liens in full, all costs of sale and the items disclosed above, the title clerk shall pay the balance of the sales proceeds to the Debtor.

The title clerk shall fax a copy of the disbursement check and HUD-1 or Settlement Sheet to the trustee.

**Date: April 6, 2023**

BY THE COURT

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**