**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   Alexandra Marie Martin             Case #  22-12453-PMM

Debtor                                       CHAPTER 13

## NOTICE OF CHANGE OF ADDRESS

I, Charles Laputka, Esquire, hereby state that the Debtor, Alexandra Marie Martin's new address is:

1107 Sherwood Drive
Laurys Station, PA  18059

Date: May 10, 2023                          Laputka Law Office, LLC

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102