**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: Alexandra Marie Martin**

**Case # 22-12453**

**Debtor**

**CHAPTER 13**

**STATEMENT OF POST PETITION DEBT**

The Debtor, Alexandra Marie Martin, hereby states that dhe has not incurred any debts

after the filing of the original Chapter 13 case.

Dated: June 8, 2023

/s/ Alexandra Marie Martin
Alexandra Marie Martin