Certificate Number: 17082-PAE-DE-037710997

Bankruptcy Case Number: 22-12453



17082-PAE-DE-037710997

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 26, 2023, at 7:41 o'clock AM MST, ALEXANDRA M MARTIN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 26, 2023                   By:    /s/Orsolya K Lazar

                                          Name:  Orsolya K Lazar

                                          Title: Executive Director